No. 72–626. UNIVERSITY OF ILLINOIS FOUNDATION v. BLONDER-TONGUE LABORATORIES, INC. C. A. 7th Cir. Certiorari denied.

No. 72–639. SOUTHERN PACIFIC TRANSPORTATION Co. v. SUTTON'S STEEL & SUPPLY, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–652. BROWN, EXECUTOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–688. WHITE MOTOR CORP. ET AL. v. STEWART ET AL. C. A. 10th Cir. Certiorari denied.

No. 72–5075. MYERS v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 72–5095. McINNIS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 72–5151. SMITH v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 72–5168. WHITNEY v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 72–5188. HOOD v. PURCELL, SHERIFF. Ct. App. Ore. Certiorari denied.

No. 72–5478. SALAZAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5483. DRIVER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.